DEANNA L. FORBUSH (6646)
REX D. GARNER (9401)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
dforbush@foxrothschild.com
rgarner@foxrothschild.com
Attorneys for Defendant 789123, INC.,
dba ESTIATORIO MILOS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN SOSA, individually and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>789123, INC., dba ESTIATORIO MILOS, a foreign corporation<br><br>Defendant. | Case No.: 2:26-cv-02221<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant 789123, Inc., dba Estiatorio Milos ("Defendant") and Plaintiff John Sosa ("Plaintiff") (collectively, the "Parties"), hereby stipulate and agree to the following:

**WHEREAS,** Plaintiff filed his Complaint on July 22, 2026;

**WHEREAS,** the parties have conferred and agreed that Defendant shall have until September 7, 2026 to answer, move, or otherwise respond to the Complaint.

**WHEREAS,** this is the first Stipulation for Extension filed in the above-captioned action or the State Court Action.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties that the deadline for Defendant to move, answer or otherwise respond to the Complaint is up to and through September 7, 2026.

**[signature page follows]**

*/s/ John M. Orr*
**GREENBERG GROSS LLP**
JEMMA E. DUNN, State Bar No. 16229
MATTHEW T. HALE, State Bar No. 16880
JOHN M. ORR, State Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888

*Attorneys for Plaintiff*

*/s/ Deanna L. Forbush*
**FOX ROTHSCHILD LLP**
DEANNA L. FORBUSH (6646)
REX D. GARNER (9401)
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Defendant 789123, INC., dba ESTIATORIO MILOS*

**ORDER**

IT IS SO ORDERED that the deadline for Defendant to move, answer or otherwise respond to the Complaint is up to and through September 7, 2026.

DATED: August 19, 2026

[signature]
UNITED STATES MAGISTRATE JUDGE